IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LILLIAN VIDAL,<br><br>    Plaintiff,<br><br>v.<br><br>BURLINGTON COAT FACTORY WAREHOUSE CORPORATION,<br><br>    Defendant. | CIVIL ACTION<br><br>NO. 23-4718-KSM |

## ORDER

**AND NOW**, this 28th day of February 2024, upon review of the Plaintiff's Complaint (Doc. No. 1, Ex. A) and Defendant's Unopposed Motion to Transfer (Doc. No. 16), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that Defendant's Motion (Doc. No. 16) is **GRANTED**, and this case is **TRANSFERRED** to the United States District Court for the Middle District of Pennsylvania pursuant to 28 U.S.C. 1404(a).

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
KAREN SPENCER MARSTON, J.